THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 21, 2014

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE:   Noble View Dairy, LLC,                              Case No. 13-36223-gmh

         Debtor.                                             Chapter 12
_____

**ORDER TO SHOW CAUSE**
_____

The debtor filed a petition under chapter 12 on December 20, 2013. Section 1221 of title 11 requires a chapter 12 debtor to file a plan not later than 90 days after the entry of the order for relief, which, in this voluntary case, is the day the petition was filed, see 11 U.S.C. §301(b). That 90-day deadline may only be extended if the court finds that "the need for an extension is attributable to circumstances for which the debtor should not justly be held accountable." 11 U.S.C. §1221. The deadline for the debtor to file its plan was March 20, 2014. Nothing was filed.

Accordingly,

**IT IS HEREBY ORDERED**: that by **April 3, 2014**, the debtor must show cause in writing why its case should not be dismissed pursuant to 11 U.S.C. §1208(c)(3) for failure to timely file a plan.

**IT IS FURTHER ORDERED**: that if the debtor fails to show cause by April 3, 2014, its case may be dismissed without further notice or hearing on or after April 4, 2014.

#####